UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

TROY L. ADAMS,

    *Petitioner*,

v.

SUPERINTENDENT NANCY GIROUX, *et al.*,

    *Respondents*.

Civil Action No. 15-293

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 5] is **DISMISSED AS MOOT**.

(3) A certificate of appealability is **DENIED**.

(4) This case is **CLOSED**.

(5) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 3rd day of August, 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE